UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

_____

RICHARD SCHOONMAKER, SR.

                Plaintiff,

                                                                               **STIPULATION OF DISMISSAL**

    -against-                                                                                  1:17-CV-0605(DNH/CFH)

LESLIE R. KLEIN, Individually and as Chief of the Village of Galway

Police Department, and THE VILLAGE OF GALWAY, NEW YORK

                Defendants.

_____

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties to this action the action is voluntarily dismissed with prejudice against all defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

/s/                                              /s/
Mark J. McCarthy (102152)          M. Randolph Belkin (505404)
Attorney for Plaintiff                      Attorney for Defendants
PO Box 1396                             26 Century Hill Drive, Suite 202
90 State Street                         Latham, NY 12110
Albany, NY 12201                  518.785.5340
518.527.9965                            Randy.Belkin@selective.com
mark@mjmccarthylaw.com

SO ORDERED: May 24, 2018        _____
                                               Christian F. Hummel
                                               U.S. Magistrate Judge